UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF MANURSING ISLAND CLUB, *as Owner of a 2018 Achilles HB-350X boat for Exoneration from or Limitation of Liability*. | 24-CV-9274 (KMK)  CALENDAR NOTICE |

KENNETH M. KARAS, United States District Judge:

     Please take notice that the above-captioned action has been scheduled for oral argument on the pending Motion for Summary Judgment before the Honorable Kenneth M. Karas, United States District Judge, on Monday, June 29, 2026, at 2:00 p.m.  Argument will be held in person.

SO ORDERED.

Dated: May 18, 2026
     White Plains, New York

_____
KENNETH M. KARAS
United States District Judge