UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF MANURSING ISLAND CLUB, *as Owner of a 2018 Achilles HB-350X boat for Exoneration from or Limitation of Liability*. | 24-CV-9274 (KMK)<br><br>ORDER |

KENNETH M. KARAS, United States District Judge:

For the reasons stated on the record at the June 29, 2026 hearing, the pending Motion for Summary Judgment is denied. The Clerk of Court is respectfully directed to terminate the pending motion (Dkt. No. 36). The Parties are directed to update the Court on the status of the case by no later than July 17, 2026.

SO ORDERED.

Dated: June 29, 2026
       White Plains, New York

_____
KENNETH M. KARAS
United States District Judge